People v Couser (2024 NY Slip Op 03715)

People v Couser

2024 NY Slip Op 03715

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024

PRESENT: SMITH, J.P., CURRAN, MONTOUR, KEANE, AND HANNAH, JJ. (Filed July 3, 2024.) 

MOTION NO. (859/22) KA 19-00086.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
KNOWLEDGE COUSER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.